# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-065-RJC-DCK

| | |
|---|---|
| JENNIFER WEST, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MENTOR WORLDWIDE INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) filed by William Moore, concerning Nicholas R. Farnolo on February 7, 2020. Nicholas R. Farnolo seeks to appear as counsel *pro hac vice* for Plaintiff Jennifer West. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) is **GRANTED**. Nicholas R. Farnolo is hereby admitted *pro hac vice* to represent Plaintiff Jennifer West.

Signed: February 7, 2020

David C. Keesler
United States Magistrate Judge