# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| Jennifer West | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 3:20-cv-00065-RJC-DCK |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
|  | ) |  |
| Analytic Biosurgical Solutions., et al | ) |  |
| Defendant(s). | ) |  |
|  | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2021 Text-Only Order.

December 6, 2021

Frank G. Johns, Clerk
United States District Court